IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:23-mj-21-MSH |
| | ) | |
| ROBERT EARHART JR. | ) | **Filed under seal** |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua R. Mixon, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed as such since February 2022. Prior to that I was a Detective with the Auburn (AL) Police Department for approximately 10 and a half years. I am currently assigned to the Columbus Resident Agency, which investigates, among other violations, violent crimes such as homicides, bank robberies, commercial Hobbs Act robberies, firearms violations, and gang-related violence, within the Columbus, Georgia, and surrounding areas. I have participated in numerous investigations which involved violations of state and federal controlled substances laws.

2. This affidavit is based upon my personal knowledge and upon information reported to me by other federal and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact

1

regarding this investigation.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

4. Because this affidavit is submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

5. I am submitting this affidavit in support of a Federal Criminal Complaint for Robert EARHART JR, date of birth ████, 1984, in the Middle District of Georgia. EARHART JR impersonated an officer or employee of the United States, in violation of Title 18, United States Code, Section § 912.

## PROBABLE CAUSE

6. On January 11, 2023, EARHART JR left a voicemail with the United States Attorney's Office (USAO) in Columbus, Georgia, identifying himself as a CIA Agent with the "protective operations division" and requesting a meeting with United States Attorney Peter Leary. EARHART JR said he would like to do some "shadowing" to make sure he is up to date on everything. EARHART JR stated multiple times that his badge number was 484. EARHART JR stated that he would like to bring as much business as possible to the USAO and would like an opportunity to sit with them. The voicemail was provided to the FBI – Columbus RA for further review.

7. On February 3, 2023, a certified undercover FBI agent (UCE-11802) placed a recorded telephone call to EARHART JR. EARHART JR confirms that he did in fact call the

USAO and stated that he currently has a few investigations going. EARHART JR said he is working with the Inspector General on some things. EARHART JR further represented:

   a. that he is currently a victim of identity theft;
   b. that a girl that he formerly dated has taken some of his paperwork and has began embezzling his paycheck from the Department of Homeland Security;
   c. that he has some warrants that he needed to bring down but does not believe he will be able to do it that day (February 3, 2023);
   d. that he is currently working on a case where "these people" took 2.5 million dollars from the federal government;
   e. that he likes to introduce himself to "the people", but his ex-girlfriend took his badges, so he is getting new ones recut and sent in from Atlanta.

8. During the February 3, 2023 call, EARHART JR asked if he could come to the USAO on Monday, February 6, 2023, to meet with the judge to get his warrants signed. EARHART JR said that "he has the law enforcement side down," but that he would still like to shadow the USAO so that he can make sure that he can make sure he is doing the warrant paperwork correctly. EARHART JR represented that he is an investigator, but his title is "Special Agent." EARHART JR says he has worked with "these people" for about 8 years now. EARHART JR says the phone number for his boss, Inspector Smith, is ▉▉▉▉▉ and his email is ▉▉▉▉▉.

9. The certified undercover FBI agent made an appointment with EARHART JR to come to the USAO on Wednesday, February 08, 2023, at 2:00PM EST. EARHART JR stated he has CIA clearance and top security clearance. EARHART JR stated he first got his job with the federal government because of a Lieutenant Colonel Cox, who is a doctor in this area. EARHART

3

JR said he can bring things to court that can help the USAO's cases that normal Agents can't. Before the conversation ends, EARHART JR stated that his badge number is 0484.

10. EARHART JR has a history of impersonating law enforcement officers, to include previous incidents in which he identified himself as a DEA Agent. On 05/01/2019, EARHART JR attempted to free three (3) inmates from the Muscogee County Jail while pretending to be an agent with the Drug Enforcement Administration.

11. Based on the foregoing, I believe there is probable cause to believe that Robert EARHART JR has committed the offense of False Personation of a Federal Officer or Employee of the United States as set forth in the attached complaint.

4

## REQUEST FOR SEALING

12.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and complaint. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

_____
Josh Mixon
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ____FEB. 8, 2023____, 2023.

_____
Honorable Stephen Hyles
UNITED STATES MAGISTRATE JUDGE

5