AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Earhart, Jr.<br><br>*Defendant* | )<br>)  Case No.  4:23-mj-21-MSH<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Robert Earhart, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC s 912, False Personation of a Federal Officer or Employee

Date: FEB. 8, 2023

*Issuing officer's signature*

City and state:  Columbus, Georgia

Stephen Hyles, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02-08-2023 , and the person was arrested on *(date)* 02-08-2023
at *(city and state)*  Columbus, GA .

Date: 02-08-2023

*Arresting officer's signature*

Joshua R Mixon  Special Agent - FBI
*Printed name and title*